WILLIAM T. SCHACKELFORD, Respondent, *v.* ANN ELIZA MITCHELL et al., as Executors, etc., Appellants.

(Argued January 28, 1891; decided February 24, 1891.)

APPEAL from judgment of the General Term of the Court of Common Pleas in and for the city and county of New York, entered upon an order made June 4, 1890, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*John E. Parsons* for appellants.

*Julien T. Davies* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

WILLIAM COLLINS, as Assignee, etc., Appellant, *v.* ELISHA W. HYDORN et al., Respondents.

(Argued January 29, 1891; decided February 24, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made November 26, 1890, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Special Term.

*George B. Wellington* for appellant.

*Charles E. Patterson* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.